TERRANCE K. JACKSON,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2990

Opinion filed June 28, 2016.

Prohibition – Original Jurisdiction.

Terrance K. Jackson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Matthew Pavese, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition is DENIED without prejudice to Petitioner's ability to raise at trial the defense presented here. See Mederos v. State, 102 So. 3d 7, 11 (Fla. 1st DCA 2012).

WOLF, WINOKUR, and WINSOR, JJ., CONCUR.